D. W. KENT, *Appellee,* v. J. Q. BENSON *et al., Appellants.*
No. 17,490.

Appeal from Reno district court. Opinion filed March 9, 1912. Affirmed.

*F. L. Martin,* and *Warren H. White,* for the appellants.

*F. F. Prigg,* and *C. M. Williams,* for the appellee.

*Per Curiam:* On an appeal from a decision of a justice of the peace two items of indebtedness of the same class as the original were added to the bill of particulars by amendment. This is not a ground of reversal. (Jus. Civ. Code, § 116.)

In view of the issues and the evidence in the case the objections to the rulings of the court in charging the jury are not material.

The judgment is affirmed.